**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SVS HOLDINGS, INC.,** | ) | **Case No. 10-24238 HRT** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **TOM H. CONNOLLY, Chapter 7 Trustee,** | ) | **Adversary No. 12-01757 HRT** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DOMINION VOTING SYSTEMS** | ) | |
| **CORPORATION and DOMINION** | ) | |
| **VOTING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR  WITHDRAWAL OF  THE
REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on December 28, 2012, and the relevant responses and replies thereto.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: January 23, 2013          BY THE COURT:

United States Bankruptcy Court Judge