# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00169-REB
(Bankruptcy Case No. 10-24238-HRT (Chapter 7))
(Adversary Proceeding No. 12-01757-HRT)

In re: SVS HOLDINGS, INC.

    Debtor.

---

TOM H. CONNOLLY, Chapter 7 Trustee

    Plaintiff,

v.

SEQUOIA VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

    Defendants.

---

## ORDER FOR BRIEFING ON JOINT MOTION FOR CLARIFICATION

**Blackburn, J.**

The matter before me is the parties' **Joint Motion for Clarification of the Bankruptcy Court's Authority To Enter an Order Confirming a Proposed Chapter 11 Plan Which Includes Substantive Consolidation of the Bankruptcy Estates of SVS and Sequoia** [#23],[1] filed October 3, 2014. Although the motion is presented jointly, and the parties do not object to the bankruptcy court adjudicating issues relating to confirmation of the Chapter 11 bankruptcy plan, they do disagree as to the effect of any order entered by the bankruptcy court in that regard. I enter this order to direct

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

briefing of the issues raised by and inherent to the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties shall file opening briefs, not to exceed **ten (10) pages**, on or before **April 9, 2015**;

2. That the parties may file response briefs, not to exceed **five (5) pages**, on or before **April 23, 2015**;

3. That based on the briefs, the court will determine whether a hearing is necessary or, conversely, whether the matter can be resolved on the papers.

Dated March 26, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge