**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00169-REB
(Bankruptcy Case No. 10-24238-HRT (Chapter 7))
Adversary Proceeding No. 12-01757-HRT

In re: SVS HOLDINGS, INC.

    Debtor.

---

TOM H. CONNOLLY, Chapter 7 Trustee,

    Plaintiff,

v.

SEQUOIA VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

---

## ORDER CLOSING CASE ADMINISTRATIVELY

**Blackburn, J.**

    This matter is before the court *sua sponte*. Given the circumstances of this case, I order that this case be closed administratively pending a ruling from the United States Bankruptcy Court for the District of Colorado on an issue now before that court, which issue is closely related to this adversary proceeding.

    A claim for substantive consolidation of SVS Holdings, Inc. and Sequoia Voting Systems, Inc. is pending in this adversary proceeding and in the pending Chapter 11 bankruptcy case of Sequoia Voting Systems, Inc. Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (Dominion) note that they have not been permitted to

contest substantive consolidation in the bankruptcy court. In this adversary proceeding, Dominion seeks to preserve a right to contest substantive consolidation.

As detailed in a previous order [#31], when the bankruptcy court considers confirmation of the Chapter 11 plan of Sequoia, the bankruptcy court will address in the first instance the issue of substantive consolidation of SVS and Sequoia. If the bankruptcy court confirms a plan of reorganization which includes substantive consolidation of SVS and Sequoia, I will treat such an order as proposed findings of fact and conclusions of law with regard to the issue of substantive consolidation in this adversary proceeding. In my previous order [#31], I described the procedure for filing objections to such proposed findings of fact and conclusions of law on the issue of substantive consolidation. Pending resolution of that issue by the bankruptcy court, I close this case administratively subject to re-opening for good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

2. That under D.C.COLO.LCivR 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

Dated March 8, 2016, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge