# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00169-REB
(Bankruptcy Case No. 10-24238-HRT (Chapter 7))
Adversary Proceeding No. 12-01757-HRT

In re:   SVS HOLDINGS, INC.

     Debtor.

---

TOM H. CONNOLLY, Chapter 7 Trustee

     Plaintiff,

v.

SEQUOIA VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

     Defendants.

---

## JOInt MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tom H. Connolly, as Chapter 7 Trustee of SVS Holdings, Inc., and Defendants Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and Sequoia Voting Systems, Inc., hereby stipulate and jointly move to dismiss this action with prejudice, each party to bear his or its own costs and attorneys' fees.

WHEREFORE, the parties pray for entry of the proposed order filed herewith.

Active/44709762.1

DATED this 17th day of May, 2017.

*s/ Brent R. Cohen*
Brent R. Cohen
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202
(303) 623-9000
bcohen@lrrc.com

*Attorneys for Plaintiff*

*s/ Eric E. Johnson*
Eric E. Johnson
David B. Wilson
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver. CO 80202
(303) 297-2900
ejohnson@shermanhoward.com
dwilson@shermanhoward.com


George W. Shuster, Jr.
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02029
617 526 6000
george.shuster@wilmerhale.com

*Attorneys for Dominion Voting Systems*
*Corp. and Dominion Voting Systems, Inc.*


*s/ Daniel J. Garfield*
Daniel J. Garfield
McAllister Garfield, P.C.
501 S. Cherry Street, Suite 480
Denver, CO 80246
(720) 722-0048
dgarfield@mcallistergarfield.com

*Attorneys for Sequoia Voting Systems, Inc.*