## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00169-REB
(Bankruptcy Case No. 10-24238-HRT (Chapter 7))
Adversary Proceeding No. 12-01757-HRT

In re:   SVS HOLDINGS, INC.

     Debtor.

---

TOM H. CONNOLLY, Chapter 7 Trustee

     Plaintiff,

v.

SEQUOIA VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion for Dismissal with Prejudice, the Court being sufficiently advised, hereby

ORDERS that this action is hereby dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED this _____ of _____, 2017

                                                   BY THE COURT:

                                                   _____
                                                   United States District Judge